|     |     |
| --- | --- |
| 1   |     |
| 2   |     |
| 3   |     |
| 4   |     |
| 5   |     |
| 6   |     |
| 7   |     |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: 5:22-CR-00146-JGB |
|---|---|---|
| Plaintiff, | ) | ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |
| v. | ) | |
| HECTOR CAMPOS | ) | |
| Defendant. | ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Central__ District of __California__ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (×)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

    (×)  information in the Pretrial Services Report and Recommendation

    (×)  information in the violation petition and report(s)

    ( )  the defendant's nonobjection to detention at this time

    ( )  other: _____

1     and/ or

2 B. (×) The defendant has not met his/her burden of establishing by clear and
3     convincing evidence that he/she is not likely to pose a danger to the safety
4     of any other person or the community if released under 18 U.S.C.
5     § 3142(b) or (c).  This finding is based on the following:
6     (×)    information in the Pretrial Services Report and Recommendation
7     (×)    information in the violation petition and report(s)
8     ( )    the defendant's nonobjection to detention at this time
9     ( )    other: _____

11 IT THEREFORE IS ORDERED that the defendant be detained pending the further
12 revocation proceedings.

14 Dated: 04/30/2024

SHASHI H. KEWALRAMANI
UNITED STATES MAGISTRATE JUDGE